Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
10605 Balboa Blvd., Suite 265
Granada Hills, CA  91344
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

   Plaintiff,  vs.

Antonio Mendez,  et al,

   Defendant,

Case No.: 8:08-cv-0304-WDK-FMO

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J & J Sports Productions, Inc.,  and against Defendant, Antonio Mendez,  individually and dba El Chilango Restaurant #3, entered on November 13, 2008, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 6,145.01 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | **$** | **6,145.01** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **6,145.01** |
| f. | Interest after judgment | $ | 762.19 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **6,907.20** |

Dated: November 13, 2018  CLERK, by *Sharon Hall Brown*
           Deputy

KIRY K. GRAY, CLERK OF COURT